UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                            )
DAVID V. NOCITO, On Behalf of Himself       )
and All Others Similarly Situated,          )
                                            )
            Plaintiff,                      )
                                            )
    vs.                                     )   Case No. 04-10623-DPW
                                            )
SONUS NETWORKS, INC., HASSAN M. AHMED,      )
and STEPHEN J. NILL,                        )
                                            )
            Defendants.                     )
_____)

## NOTICE OF APPEARANCE

Please enter the appearance of Gregory F. Noonan, Joel B. Kemp, and Daniel Gold, Hale and Dorr LLP, on behalf of Defendant Sonus Networks, Inc.

                        Respectfully Submitted,

                        SONUS NETWORKS, INC.

                        By its attorneys,


                        /s/ Gregory F. Noonan_____
                        Jeffrey B. Rudman (BBO #433380)
                        James W. Prendergast (BBO #553073)
                        Daniel W. Halston (BBO #548692)
                        Gregory F. Noonan (BBO #651035)
                        Hale and Dorr LLP
                        60 State Street
                        Boston, MA 02109
                        (617) 526-6000

Dated: April 15, 2004

- 2 -

CERTIFICATE OF SERVICE

   I, Gregory F. Noonan, hereby certify that I caused a copy of this document to be served by either electronic mail or overnight mail to:

| | |
|---|---|
| Jeffrey C. Block<br>Michael T. Matraia<br>Nicole R. Starrr<br>Burman DeValerio Pease Tabacco Burt & Pucillo<br>One Liberty Square<br>Boston, MA 021019 | Ralph M. Stone<br>Shalove Stone & Bonner LLP<br>485 Seventh Avenue, Suite 1000<br>New York, New York 10018 |

                                /s/ Gregory F. Noonan_____
                                Gregory F. Noonan

Dated: April 15, 2004