UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID V. NOCITO, On Behalf of Himself and All Others Similarly Situated, ) ) ) ) Plaintiff, ) ) vs. ) ) SONUS NETWORKS, INC., HASSAN M. AHMED, ) and STEPHEN J. NILL, ) ) Defendants. ) | Case No. 04-10623-DPW |

## NOTICE OF CHANGE OF FIRM NAME

Effective May 31, 2004, Hale and Dorr LLP merged with Wilmer Cutler Pickering LLP. The new firm's name is Wilmer Cutler Pickering Hale and Dorr LLP. All future reference to Hale and Dorr LLP in this matter should be to Wilmer Cutler Pickering Hale and Dorr LLP. The firm and its lawyers' address, telephone numbers and fax numbers remain the same. The format of our lawyers' email addresses has changed to firstname.lastname@wilmerhale.com.

- 2 -

       Respectfully Submitted,

       WILMER CUTLER PICKERING HALE and DORR LLP

       /s/_Gregory F. Noonan_____
       Jeffrey B. Rudman (BBO #433380)
       James W. Prendergast (BBO #553073)
       Daniel W. Halston (BBO #548692)
       Gregory F. Noonan (BBO #651035)
       Wilmer Cutler Pickering Hale and Dorr LLP
       60 State Street
       Boston, MA 02109
       (617) 526-6000

       *Attorneys for Defendant Sonus Networks, Inc.*

Dated: June 1, 2004

- 3 -

CERTIFICATE OF SERVICE

   I, Gregory F. Noonan, hereby certify that I caused a copy of this document to be served by either electronic mail or overnight mail to:

| | |
|---|---|
| Jeffrey C. Block<br>Michael T. Matraia<br>Nicole R. Starrr<br>Burman DeValerio Pease Tabacco Burt & Pucillo<br>One Liberty Square<br>Boston, MA 021019 | Ralph M. Stone<br>Shalove Stone & Bonner LLP<br>485 Seventh Avenue, Suite 1000<br>New York, New York 10018 |
| Thomas J. Dougherty (BBO #132300)<br>Matthew J. Matule (BBO #632075)<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>One Beacon Street<br>Boston, Massachusetts 02108<br>Tel: (617) 573-4800<br>Fax: (617) 573-4822 | Robert S. Frank, Jr. (BBO #177240)<br>John R. Baraniak, Jr. (BBO #552259)<br>Choate Hall & Stewart<br>Exchange Place Building<br>53 State Street<br>Boston, Massachusetts 02109<br>Tel: (617) 248-5000<br>Fax: (617) 248-4000 |

                 /s/ Gregory F. Noonan_____
                 Gregory F. Noonan

Dated: June 1, 2004